People v Watson
2026 NY Slip Op 03326
May 27, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Robert Watson, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on May 27, 2026
2022-07178, (Ind. No. 70247/22)
Angela G. Iannacci, J.P.
Paul Wooten
Lillian Wan
Donna-Marie E. Golia
Lisa S. Ottley, JJ.

Patricia Pazner, New York, NY (Tammy E. Linn of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Nancy Fitzpatrick Talcott of counsel; Ann Marie Turton on the memorandum), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (David J. Kirschner, J.), imposed August 4, 2022, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
IANNACCI, J.P., WOOTEN, WAN, GOLIA and OTTLEY, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court